*United States District Court*
Eastern District of New York
Central Islip, NY 11722

Before Thomas C. Platt, Senior U.S.D.J.
Courtroom 1040

**CIVIL ORDER TO SHOW CAUSE**

June 14, 2005    At:  2:00  p.m.  ()

Case Number: **CV-98-4839/ CV-02-1226/03-4199/04-2697**
Case Caption:  In re Computer Associates Class Action Securities Litigation/
               In re Computer Associates 2002 Class Action Securities Litigation/

**APPEARANCES:**

Court Reporter: Dominick Tursi 631-712-6018 (fax- 631-712-6124)

**\*\*The parties are to communicate with the court reporter directly if they wish to obtain a transcript of the proceedings.  THE PARTIES ARE FURTHER REMINDED TO PROVIDE A LIST, VIA FAX, OF APPEARANCES TO THE COURT REPORTER AT THE TIME OF OR PRIOR TO ORDERING THIS TRANSCRIPT.**

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Telephone conference held re: Rule 60b motion and discovery requests.
- ☒ The Wyle movants will serve a notice of production on the US Attorney to produce the 23 boxes in question discussed on the record, made returnable on July 1st.  A Notice of production will also be served on parties of the original action to produce documents and depositions conducted during the course of that action, made returnable July 1st.
- ☒ Oral argument scheduled for 6/24/05 is adjourned without date, to be rescheduled at completion of the review of the documents and any depositions, if such are determined necessary by the Court.